

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, N.Y. 11201*

March 6, 2025

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Suffolk Off Track Regional Betting Corp. v. United States Small Business
Administration *et al*.
Civil Action No. CV-24-7058 (SJB)(JMW)
Submission of Additional Documents for Administrative Record

Dear Judge Bulsara:

Undersigned counsel, on behalf of the Defendants herein, submits three additional documents from the administrative record in this matter. These documents , bearing numbers 4, 5 and 39, could not be filed previously due to technical issues with the files. These issues have now been resolved.

Respectfully submitted,

JOHN DURHAM
United States Attorney
Eastern District of New York

By:     /s/ Edward K. Newman
EDWARD K. NEWMAN
Assistant United States Attorney
271 Cadman Plaza East
Brooklyn, N.Y. 11201
(718-254-6069)

cc: Elliot Hallak, Esq.
Rajat R. Shah, Esq.
Counsel for Plaintiff