

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, N.Y. 11201*

August 7, 2025

Via ECF
Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y., 11722

Re: Suffolk Off Track Regional Betting Corp. v. United States Small Business Administration *et al*.
Civil Action No. CV-24-7058 (SJB)(JMW)
Proposed Joint Scheduling Order for Cross Motions for Summary Judgment

Dear Judge Bulsara:

     Per the Court's May 6, 2025 and Judge Wicks' July 31, 2025 orders, and the Court's Individual Practice Rule 6(H)(3), undersigned counsel, on behalf of all parties, submits the following proposed schedule for the parties' cross motions for summary judgment:

November 5, 2025-Plaintiff serves Defendants with its Motion for Summary Judgment

February 5, 2026-Defendants serve Plaintiff with their Opposition to Plaintiff's Motion and Defendants' Motion for Summary Judgment

March 23, 2026-Plaintiff serves Defendants with its Opposition to Plaintiff's Motion and their Reply to Defendants' Opposition brief

May 7, 2026-Defendants serve Plaintiff with Defendants' final reply brief. Bundled briefs are filed.

Respectfully submitted,

JOSEPH NOCELLA, JUNIOR
United States Attorney
Eastern District of New York

By: /s/ Edward K. Newman
    EDWARD K. NEWMAN
    Assistant United States Attorney
    271 Cadman Plaza East
    Brooklyn, N.Y. 11201
    (718-254-6069)

cc: Elliot Hallak, Esq.
    Counsel for Plaintiff