**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, N.Y. 11201*

September 3, 2026

Via ECF
Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y., 11722

Re: Suffolk Off Track Regional Betting Corp. v. United States Small Business Administration *et al*.
Civil Action No. CV-24-7058 (SJB)(JMW)
Notice of Settlement and Consent Request For Time To File Settlement Papers

Dear Judge Bulsara:

This Office represents Defendant the United States Small Business Administration in this action. The parties are pleased to report that an agreement in principle resolving this matter has been reached. All parties request sixty days, or until November 2, 2026 to file the settlement papers.

Respectfully submitted,

JOSEPH NOCELLA, JUNIOR
United States Attorney
Eastern District of New York

By: /s/ Edward K. Newman
EDWARD K. NEWMAN
Assistant United States Attorney
271 Cadman Plaza East
Brooklyn, N.Y. 11201
(718-254-6069)

cc: Elliot Hallak, Esq.
Counsel for Plaintiff