UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
Suffolk Regional Offtrack Betting Corporation, :
Plaintiff, : Case No. 24-cv-07058 (SJB)(JW)

*-versus-* :

United States Small Business Administration, *et al.*. :

Defendants. :
------------------------------------- X

**STIPULATION OF DISMISSAL**

WHEREAS, Suffolk Regional Offtrack Betting Corporation, Plaintiff herein, and Defendants the United States Small Business Administration, Kelly Loeffler as Administrator of the United States Small Business Administration and the United States of America ("the Parties") have resolved the administrative proceeding and any and all other litigation arising from the loan underlying this matter by an agreement by Plaintiff to pay an agreed upon sum to the United States Small Business Administration;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees for this action.

Dated: Albany, New York
November 5, 2026

ELLIOT A. HALLAK, ESQ.
HARRIS BEACH MURTHA CULLINA PLLC
*Counsel for Plaintiff*
677 Broadway, Suite 1101
Albany, New York 12207

By: */s/ Elliot A. Hallak*
Elliot A. Hallak, Esq.
(518) 701-2748
ehallak@harrisbeachmurtha.com

Dated: Brooklyn, New York
November 5, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: *_/s/ Edward K. Newman_*
Edward K Newman
Assistant U.S. Attorney
(718) 254-7000
edward.newman@usdoj.gov